THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN O. STRATTON, Respondent.

Submitted October 17, 1955; decided October 20, 1955.

Motion for enlargement of time granted and case set down for argument during the last week of the November, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELESANO TROIANI, Alias LISENO TROIANI, True Name, ELESANO JOHN TROIANI, Appellant.

Submitted October 19, 1955; decided October 20, 1955.

Motion to have appeal heard upon seven copies of the record before the Appellate Division and seven typewritten briefs granted.

Motion for a further enlargement of time denied.

PREMIER KNITTING Co., INC., Respondent, *v.* GEORGE RAPTIS YARNS, INC., Appellant.

Submitted October 17, 1955; decided October 20, 1955.

Motion to dismiss appeal for failure to file brief denied. Appellant is directed to serve and file the brief, if any, within two weeks from the date of service of the order hereon and the case is set down for argument during the November, 1955, session of the Court of Appeals.